UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ISAIAS SALGADO,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES DISTRICT COURT, et al.,<br><br>                              Defendants. | Case No.: 3:25-cv-000175-JES-SBC<br><br>**ORDER:**<br><br>**(1)   DENYING MOTION TO STRIKE ORDER DISMISSING CASE; and**<br><br>**(2)   GRANTING AN EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>**[ECF No. 9]** |

    Before the Court is a motion to strike the Order Dismissing Case filed by Ramon Isaias Salgado ("Plaintiff"). ECF No. 9. For the reasons set forth below, the Court **DENIES** Plaintiff's motion as moot and **GRANTS** Plaintiff an extension of time to respond to the Court's Order to Show Cause.

    On January 24, 2025, Plaintiff filed a civil complaint that was disjointed, incoherent and largely unintelligible and filed a motion seeking leave to proceed *in forma pauperis*.

1

ECF Nos. 1, 2. On July 31, 2025, the Court issued an Order to Show Cause ("OSC") as to why the case should not be dismissed for lack of subject matter jurisdiction. ECF No. 3. On February 4, 2025, the Court issued an Amended OSC as to lack of subject matter jurisdiction and for failing to keep the Court advised as to the plaintiff's current address, as Plaintiff failed to provide the Court with a current mailing address or any other contact information. ECF No. 4. Plaintiff was ordered to respond no later than March 3, 2025, and specifically instructed that if he failed to respond, the Court would dismiss the case. *Id*. On March 12, 2025, in the absence of any subsequent filings, the Court dismissed the instant action without prejudice for failure to prosecute and failure to comply with the Court's order. ECF No. 5.

On August 1, 2025, the Court received a letter from Plaintiff that was disjointed, incoherent and largely unintelligible. ECF No. 6. On August 4, 2025, the Court received another letter from Plaintiff which was once again disjointed, incoherent and largely unintelligible. ECF No. 7. On August 11, 2025, the Court received notice that it's Order Dismissing the Case, which was mailed to Plaintiff, was returned as undeliverable. ECF No. 8. That same day, Plaintiff filed a motion to strike the Order Dismissing Case and attached four exhibits. ECF No. 9. Once again, the motion is disjointed, incoherent and largely unintelligible. Nowhere in the motion does Plaintiff assert the basis on which this court has subject matter jurisdiction to hear this case. However, considering that the Court's Order Dismissing the Case was returned as undeliverable and possibly never received by Plaintiff, the Court will give Plaintiff an extension of time to respond to the Court's Amended OSC.

Thus, the Court **ORDERS PLAINTIFF TO SHOW CAUSE** as to why this action should not be dismissed for lack of federal subject matter jurisdiction and **ORDERS** Plaintiff to provide the Court a current mailing address in accordance with Civil Local Rule 83.11(b). Plaintiff must file a written response to this Order no later than **September 18, 2025**. The Court cautions Plaintiff that failure to respond to this Order may result in this case being dismissed.

**IT IS SO ORDERED**.

Dated: August 18, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge